UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, INC., | No. 2:24-cv-00125-JAM-AC |
| Plaintiff, | |
| v. | ORDER |
| JOSUE RAFAEL ROMERO PORTILLO, LEGO TRANSPORT, LLC, and DOES 1 through 25, inclusive, | |
| Defendants. | |

On October 3, 2024, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 21 days.  ECF No. 13.  Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 3, 2024, are **ADOPTED** in full;
2. Plaintiff's July 5, 2024 motion for default judgment (ECF No. 10) is **GRANTED**;
3. The court issues a finding that United Specialty Insurance Company, Inc. does not

1

owe Josue Rafael Portillo defense or indemnifications for any claims which were brought, or could have been brought, in the lawsuit filed against him by Juan Soriano in Sacramento County Superior Court, Case Number 34-2021-00311470;

4. The court issues a finding that United Specialty Insurance Company does not owe Lego Transport LLC defense or indemnifications for any claims which were brought, or could have been brought, in the lawsuit filed against him by Juan Soriano in Sacramento County Superior Court, Case Number 34-2021-00311470; and

5. This case is **CLOSED**.

Dated: November 20, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE